PROB 12B
(7/93)

Report Date: February 5, 2007

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

| | |
|---|---|
| Name of Offender: Rashidi Raynell Franklin | Case Number: 2:00CR00074-001 |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Chief U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 11/7/2000 | Type of Supervision: Supervised Release |
| Original Offense: Distribution of Cocaine Base, 21 U.S.C. § 841 (a)(1), Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841 (a)(1), Possession With Intent to Distribute Cocaine Base, 21 U.S.C. § 841 (a)(1) | Date Supervision Commenced: 02/02/2007 |
| Original Sentence: Prison - 96 Months; TSR - 60 Months | Date Supervision Expires: 02/01/2012 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16    You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

20    You shall submit to warrantless searches of his person and/or property as directed by the U.S. Probation Office.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Rashidi Franklin was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Franklin has agreed to the proposed modifications.

Respectfully submitted,

by *Tommy Rosser*

Tommy Rosser
U.S. Probation Officer
Date: February 5, 2007

---

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Feb. 7, 2007
Date